United States District Court
Southern District of Texas

~~ENTERED~~

April 12, 2018
David J. Bradley, Clerk

AO 470  (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM ALBERTO LOPEZ<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  4:17CR651-6

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | 515 Rusk St.<br>Houston, TX<br>JUDGE FRANCES H. STACY | Courtroom No.: | 704 |
|---|---|---|---|
| | | Date and Time: | 4/12/2018 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      Apr 11, 2018

_Judge's signature_

Frances H. Stacy, U.S. Magistrate Judge

*Printed name and title*