# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:17–cr–00651

William Alberto Lopez

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
Courtroom 8B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/10/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   December 4, 2024

Nathan Ochsner, Clerk