UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO.  H-4:17-cr-00651-6 |
| | § | |
| WILLIAM LOPEZ, | § | |
| | § | |
| Defendant. | § | |

**GOVERNMENT'S OFFER OF TRIAL EXHIBITS UNDER CrLR 55.2**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney for the Southern District of Texas, and Assistant United States Attorneys assigned to this matter, and files this Offer of Trial Exhibits under Criminal Local Rule ("CrLR") 55.2, as follows:

### I.    Trial Exhibits

Prior to December 6, 2024, the United States notified defense counsel by this motion that copies of the foregoing items are available from the U.S. Attorney's Office in Houston, Texas.  In addition, many of the items have already been provided to defense counsel in discovery or have been made available for his review at his convenience.  Said items are exhibits that the Government intends to introduce in its case-

1

in-chief in this cause of action:

| No. | Description |
|---|---|
| 1 | Photos and Maps of 6011- 6023 Dashwood Drive, Houston, Texas (19 pages) |
| 2 | Photos of Aneth Bermudez Potosme |
| 2.1 | Photos from 2015-2016 (2 pages) |
| 2.2 | Photos of Tattoos (3 pages) |
| 2.3 | Photos of Injuries (5 pages) |
| 2.4 | Nicaragua Identification |
| 3 | Photos of Andrea Arely Azamar Pozos |
| 3.1 | Photos from 2011-2012 |
| 3.2 | Photos of Tattoos (2 pages) |
| 4 | Photos of Ever Mejia Rodriguez |
| 4.1 | Photos from 2011 |
| 4.2 | Photos from 2014 |
| 4.3 | Photo of Passport] |
| 4.4 | Photos of tattoos (2 pages) |
| 5 | Photos of Maria Adelina Martinez Velazquez |
| 5.1 | Photos from 2010-2012 (7 pages) |
| 5.2 | Photo of Tattoo |
| 6 | Photos of Bessy Gomez |
| 6.1 | Photo of Bessy Gomez in Cancun |
| 6.2 | Mexican Acta de Nacimiento (Birth Certificate) of Bessy Gomez |
| 7 | Photo of Cynthia Obando Potosme (2 pages) |
| 8 | Photo of Nohemi Bermudez Potosme |
| 9 | Photos of Claudia Soriano Hernandez (CSH) |
| 9.1 | Photo of CSH |
| 9.2 | Photo of CSH Face Burn |
| 9.3 | Photo of CSH Tattoo |
| 9.4 | Photo outside of money order business (2 pages) |
| 10. | Photos of Yessenia Elizabeth Mejia Canalas |
| 10.1 | Photo of Tattoo |

| | |
|---|---|
| 10.2 | Photos of Bruising (2 pages) |
| 11 | Photos of Brenda Alvarez Sanchez (BAS) |
| 11.1 | Honduran Identification |
| 11.2 | Photo of Tattoo |
| 12 | Photographs from Cancun Brothel (20 pages) |
| 13 | Fake Foreign Identification documents of William Lopez (WL) |
| 13.1 | Juarez Mexico Driver's License |
| 13.2 | Cancun Driver's License |
| 13.3 | Honduran Identification |
| 13.4 | Puebla Mexico Driver's License |
| 13.5 | Mexican Clave |
| 13.6 | Acta de Nacimiento (Birth Certificate) (2 pages) |
| 14 | Acta de Nacimiento (Birth Certificate) of Freddy Montes |
| 15 | Photographs of 1110 Coral Street Houston, Texas 77012 |
| 15.1 | Photos of Ever Mejia Rodriguez (2 pages) |
| 15.2 | Photos of Freddy Montes (8 pages) |
| 15.3 | Photos of 1110 Coral Street Houston, Texas 77012 (4 pages) |
| 15.4 | Photos of Pick up Black pickup truck (2 pages) |
| 16 | Photos of Brothel/Residence in Cancun, Mexico (2 pages) |
| 17 | Photo of William Lopez with Syringe and Drug |
| 18 | Ledgers (28 pages) |
| 19 | Excerpt from Facebook Page of Freddy Montes |
| 20 | Medical Records of Andrea Azamar |
| 20.1 | Records from December 26, 2012 (4 pages) |
| 20.2 | Records from January 3, 2013 (2 pages) |
| 21 | Photos of Raul Moreno- Reyna at 6011-23 Dashwood Drive (5 pages) |
| 22 | Screenshot of Contact information for Plastic Surgery Procedures Houston |
| 23 | Advertisement for Brothel at 6011-23 Dashwood Drive given out at Flea Market |
| 24 | Photo of Eric Ivan Alvarez- Chavez at 6011-23 Dashwood Drive Houston, Texas |
| 25 | Photo of Anadalit Duarte at 6011-23 Dashwood Drive |
| 26 | Excerpt of text conversation between Gloria Potosme and Maria Angelica Moreno-Reyna |
| 27 | Melisa Dominguez home at Hermosa Vida in Donna, Texas- Photo |

|  | taken by Gloria Potosme (3 pages) |
|---|---|
| 28 | Record of payment to William Lopez through Caraveo Chavira Maite Yatzeli |
| 28.1 | Screenshot of Conversation with William Lopez (2 pages) |
| 28.2 | Money Transfer receipt to William Lopez through Caraveo Chavira Maite Yatzeli |
| 29 | Record of payment to William Lopez |
| 29.1 | Screenshot of text conversation with William Lopez |
| 29.2 | Money Transfer receipt to William Lopez through Yessica Sugey Caraveo Chavira |
| 29.3 | Photograph of Yessica Sugey Caraveo Chavira |
| 29.4 | Social media page of Yessica Sugey Caraveo Chavira (3 pages) |
| 30 | Record of payment to William Lopez and Raul Moreno-Reyna through Adriana Oliva Perdomo |
| 30.1 | Screenshot of text conversation with William Lopez |
| 30.2 | Money Transfer receipt to William Lopez through Adriana Olivia Perdomo |
| 30.3 | Money transfer receipt to Raul Moreno (2 pages) |
| 30.4 | Fake Mexican birth certificate for Adriana Oliva Perdomo |
| 30.5 | Photo of Adriana Oliva Perdomo |
| 31 | Money Transfer Receipt to William Lopez through third parties |
| 31.1 | Money Transfer Receipts to William Lopez through Juan Carols Munoz Castillo |
| 31.2 | Money Transfer Receipt to William Lopez through Stephania Munoz Castillo (3 pages) |
| 31.3 | Bank of America withdrawal for money order |
| 32 | Photo at the Maria Bonita Cantina |
| 33 | Photos of customer at 6011-23 Dashwood Drive (2 pages) |
| 34 | Photo of women working in prostitution at 6011-23 Dashwood (23 pages) |
| 35 | Honduran Identification of Cristina Lopez Torres (2 pages) |
| 36 | Purse provided from FBI for video recording |
| 37 | Video Recording of Prostitution Activity |
| 38 | Audio Recordings of Ever Mejia Rodriguez in July, 2012 and January, 2013 |
| 39 | Birth Certificate of Kendra Angelina Lopez |
| 40 | A-File of Aneth Bermudez Potosme. |

| | |
|---|---|
| 41.1 | Notice of Order of Expedited Removal dated May 10, 2016 |
| 41.2 | Record of Sworn Statement in Proceedings under Section 235(1)(1) of the Act, dated May 10, 2016 |
| 41.3 | Asylum Officer Interview, dated June 13, 2016 |
| 41.4 | Notice to Appear, dated June 17, 2016 |
| 41.5 | Notice of Custody Determination, dated July 6, 2016 |
| 41.6 | Notice to EOIR:   Alien Address, dated July 7, 2016 |
| 41.7 | Application for T Nonimmigrant Status, filed March 28, 2017 |
| 41.8 | Approval of T-1 Nonimmigrant Classification, dated June 26, 2018 |
| 41.9 | Application for Advance Permission to Enter as Nonimmigrant, dated March 23, 2017 |
| 41.10 | Approval of Advance Permission to Enter as Nonimmigrant, dated June 26, 2018 |
| 41.11 | Order of Removal to Mexico, dated March 18, 2019 |
| 41.12 | Order Granting Motion to Reopen Removal Proceedings, dated July 13, 2020 |
| 41.13 | Order of Supervision, dated July 19, 2019 |
| 41.14 | Order Terminating Removal Proceedings, dated November 5, 2020 |
| 41.15 | Application to Register Permanent Residence or Adjust Status, dated December 28, 2021 |
| 42 | A-File of Andrea Arely Azamar Pozos |
| 42.1 | Acta de Nacimiento (Birth Certificate) |
| 42.2 | Passport |
| 42.3 | Employment Authorization Documents |
| 42.4 | Application for T Nonimmigrant Status, dated February 23, 2018 |
| 42.5 | Application for Advance Permission to Enter as a Nonimmigrant, dated March 23, 2018 |
| 42.6 | Approval of Application for Advance Permission to Enter as Nonimmigrant, dated May 30, 2019 |
| 42.7 | Application to Register Permanent Residence or Adjust Status, dated December 8, 2022 |
| 43 | A-File of Ever Mejia Rodriguez |
| 43.1 | Passport |
| 43.2 | Record of Deportable/Inadmissible Alien, dated April 24, 2012 |
| 43.3 | Notice and Order of Expedited Removal, dated April 26, 2012 |
| 43.4 | Departure Verification, dated April 27, 2012 |
| 43.5 | Record of Sworn Statement in Proceedings Under Section 235(b)(1) |

|  |  |
|---|---|
|  | of the Act dated April 26, 2012 |
| 43.6 | Record of Deportable/Inadmissible Alien, dated July 18, 2023 |
| 43.7 | Record of Sworn Statement in Affidavit Form, dated July 20, 2013 |
| 43.8 | Warrant of Removal/Deportation, dated July 20, 2013 and Removal dated July 22, 2013 |
| 43.9 | Application for Advance Permission to Enter as a Nonimmigrant, dated November 29, 2016 |
| 43.10 | Application for T Nonimmigrant Status, dated November 29, 2016 |
| 44 | A-File of Maria Adelina Martinez Velazquez |
| 44.1 | Acta de Nacimiento (Birth Certificate) |
| 44.2 | Passport |
| 44.3 | Employment Authorization Card |
| 44.4 | Photograph when apprehended by immigration authorities on August 8, 2010 |
| 44.5 | Record of Deportable/Inadmissible Alien, dated July 16, 2012 |
| 44.6 | Application for T Nonimmigrant Visa, dated August 2, 2012 |
| 44.7 | Application for Advance Permission to Enter as Nonimmigrant, dated August 2, 2012 |
| 44.8 | Application to Register Permanent Residence or Adjust Status, dated June 14, 2016 |
| 45 | A-File of Adriana Oliva-Perdomo |
| 45.1 | Record of Deportable/Inadmissible Alien |
| 46 | A-File of Brenda Alvarez-Sanchez |
| 46.1 | Record of Deportable/Inadmissible Alien, dated September 2, 2016 |
| 46.2 | Notice to Alien Ordered Removed/Departure Verification, dated September 23, 2016 |
| 46.3 | Notice of Expedited Removal, dated September 2, 2016 |
| 46.4 | Record of Sworn Statement under Section 235(b)(1) of the Act, dated September 2, 2016 |
| 46.5 | Record of Deportable/Inadmissible Alien, dated September 10, 2016 |
| 46.6 | Warrant of Removal/Deportation, dated September 11, 2016 |
| 46.7 | Notice of Intent/Decision to Reinstate Prior Order, September 11, 2016 |
| 46.8 | Affidavit, dated September 11, 2016 |
| 46.9 | Record of Deportable/Inadmissible Alien, dated September 14, 2016 |
| 46.10 | Warrant of Removal/Deportation, dated September 14, 2016 |

| | |
|---|---|
| 46.11 | Notice of Intent/Decision to Reinstate Prior Order, September 14, 2016 |
| 46.12 | Affidavit, dated September 14, 2016 |
| 46.13 | Notice of Intent/Decision to Reinstate Prior Order, February 23, 2017 |
| 46.14 | Record of Deportable/Inadmissible Alien, dated December 11, 2017 |
| 46.15 | Notice of Intent/Decision to Reinstate Prior Order, December 11, 2017 |
| 46.16 | 6.16   Affidavit, dated December 11, 2017 |
| 47 | Items recovered from Apartment 13B at 6011-23 Dashwood Drive |
| 48 | Items recovered from Apartment 14B at 6011-23 Dashwood Drive |
| 49 | Items recovered from Apartment 23B at 6011-23 Dashwood Drive |
| 50 | Photos of and items recovered from Apartment 26B at 6011-23 Dashwood Drive |
| 50.1 | Items recovered |
| 50.2 | Photos of door (2 pages) |
| 50.3 | Photos of firearms (8 pages) |
| 50.4 | Photos of cash (4 pages |
| 51 | Photos of and items recovered from Apartment 27B at 6011-23 Dashwood Drive |
| 51.1 | Items recovered |
| 51.2 | Photo of door |
| 51.3 | Photo of sim card in toilet (5 pages) |
| 51.4 | Photos of cash (11 pages) |
| 51.5 | Photos of firearms (24 pages) |
| 51.6 | Photos of identification and ownership documents (12 pages) |
| 51.7 | Photos of condoms (6 pages) |
| 51.8 | Wire transfer record to Cancun |
| 51.9 | Photos of alleged methamphetamine recovered from prescription bottle (2 pages) |
| 52 | Photos of and items recovered from Apartment 30A at 6011-23 Dashwood Drive |
| 52.1 | Items recovered |
| 52.2 | Photos of door and phone at entrance (3 pages) |
| 52.3 | Photos of identification and ownership documents (7 pages) |
| 52.4 | Photos of condoms and cash at kitchen table (4 pages) |
| 52.5 | Photos of cash (4 pages) |

| | |
|---|---|
| 52.6 | Photos of firearms (12 pages) |
| 53 | Photos of and items recovered from Apartment 31B at 6011-23 Dashwood Drive |
| 53.1 | Items recovered |
| 53.2 | Photo of door |
| 53.3 | Photo of identification and ownership documents (6 pages) |
| 53.4 | Photos of firearms (36 pages) |
| 53.5 | Photos of cash (4 pages) |
| 53.6 | Photos of money counter (2 pages) |
| 53.7 | Scale and drugs (10 pages) |
| 53.8 | Photo of Rolex watch |
| 53.9 | Ledger |
| 54 | Photos of and items recovered from Apartment 32B at 6011-23 Dashwood Drive |
| 54.1 | Items recovered |
| 54.2 | Photos of main room (2 pages) |
| 54.3 | Photos of firearms (32 pages) |
| 54.4 | Photos of drugs (17 pages) |
| 55 | Photos of and items recovered from Apartment 33B at 6011-23 Dashwood Drive |
| 55.1 | Items recovered |
| 55.2 | Photos (5 pages) |
| 56 | Photos of and items recovered from Melisa Dominguez' residence at Hermosa Vida, Donna, Texas |
| 56.1 | Items recovered |
| 56.2 | Photos of front of location (2 pages) |
| 56.3 | Photos of identification and ownership documents (8 pages) |
| 56.4 | Photos of human smuggling activity (6 pages) |
| 56.5 | Photos of drugs and drug paraphernalia (8 pages) |
| 57 | Surveillance pole camera video of 6011-23 Dashwood Drive |
| 58 | Surveillance pole camera video of Jessamine Street |
| 59 | Surveillance pole camera video of 3737 Hillcroft Street. |
| 60 | Consensual recordings by confidential human source on: December 3, 4, 16, 18, 19, 22, 24, 25, 30, 2016; January 1, 4, 6, 7, 9, 10, 15, 16, 17, 19, 24, 25, 27, 29, 30, 31, 2017; February 3, 4, 5, 6, 7, 16, 28, 2017; and March 1, 2, 3, 4, 6, 8, 10, 13, 16, 2017. |
| 60.1 | Audio recordings |

| | |
|---|---|
| 60.2 | Translated transcription of audio recordings |
| 61 | Title III Intercepted telephonic conversations from April, 2017 through August, 2017 |
| 61.1 | Audio recordings |
| 61.2 | Translated transcription of audio recordings |

As noted, the Government intends to introduce these items at trial, which is currently scheduled for jury selection on December 16, 2024.

A. It should be noted that all exhibits provided may not be introduced at trial during the Government's case-in-chief. The Government anticipates that some of the exhibits listed may not be deemed necessary at time of trial and that some exhibits not listed (but set forth in discovery) may be deemed necessary at time of trial. Therefore, this notice may not include all the items that may be produced at trial but is a list of the primary evidence the Government would submit in evidence at trial and, thus, is offered in advance per CrLR 55.2 for the purpose of judicial economy and efficiency.

## II. The Rule

A. CrLR 55.2 provides in pertinent part:

**A. Authentication of Exhibits.** A party requiring authentication of an exhibit must notify the offering party in writing within seven days after the exhibit is listed and made available. Failure to object in advance of trial in writing concedes authenticity.

**B. Objections to Exhibits.** Objections to admissibility of exhibits must be made at least seven business days before trial by notifying the

    Court in writing of the disputes, with copies of the disputed exhibit and authority.

 B. Said exhibits are set forth and provided in compliance with said rule.

### III. Prayer

WHEREFORE, the United States prays that said exhibits are held admissible on grounds that they are what they purport to be, and thus "authenticated" for purposes of trial, should no objection be made in accordance with CrLR 55.2.

Date:  December 6, 2024        Respectfully submitted,

                                  ALAMDAR S. HAMDANI
                                  United States Attorney, Southern District of Texas

By:    *s/ Adam Laurence Goldman*
       Adam Laurence Goldman
       Assistant United States Attorney
       Attorney-in-Charge
       S.D. Tex. ID No.: 1034195
       State Bar Nos.:   NY3038023/DC476521
       1000 Louisiana Street, 27th Floor
       Houston, Texas 77002
       Tel.: (713) 567-9534; FAX: (713) 718-3303
       E-mail:  Adam.Goldman2@usdoj.gov
       *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6h day of December, 2024, I electronically filed this document with the Clerk of Court using CM/ECF, to which the following opposing counsels are members:

Sean Buckley
912 Convent Avenue, Suite 18
Pascagoula, MS
Tel.:   228-933-4411
Email: sean@seanbuckleylaw.com

                                    *s/ Adam Laurence Goldman*
                                      Adam Laurence Goldman, Asst. U.S. Atty.