United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL ACTION NO. 4:17-CR-000651-006 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WILLIAM ALBERTO LOPEZ, Defendant. | § § | |

SCHEDULING AND DOCKET CONTROL ORDER

The Court ORDERS the following deadlines for further proceedings as follows:

1. *expired*  **MOTIONS DEADLINE**

   Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent conferred in good faith and could not agree on proper disposition.

2. 01/06/2025  **PRETRIAL MATERIALS**

3. 01/10/2025 at 9:30 a.m.  **PRETRIAL CONFERENCE**

   The parties must appear before Judge Charles Eskridge, Courtroom 9F. *Defendant must be present in person. Defendant must be present in person. Parties are required to disclose expert witness information 45-days prior to pretrial conference.*

4. 01/21/2025 at 8:30 a.m.  **JURY SELECTION AND TRIAL**

   Not later than five business days before this date each party must file and deliver pretrial materials to the Court as directed in the Court's procedures.

| | | |
|---|---|---|
| **5.** | <u>Yes</u> | **CONSENT TO EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT?** |
| | | Indicate *Yes* or *No*. |
| **6.** | <u>7-10 days</u> | **ESTIMATED TIME FOR TRIAL?** |
| | | Indicate the anticipated number of days. |

Direct questions about this schedule to:

> Jennelle Gonzalez
> Case Manager to Hon. Charles Eskridge
> Jennelle_Gonzalez@txs.uscourts.gov
> (713) 250–5257

Signed on December 17, 2024, at Houston, Texas.

*/s/ CR Eskridge*
Hon. Charles Eskridge
United States District Judge