United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL ACTION NO.<br>§ 4:17–cr–00651<br>§ |
| vs. | § JUDGE CHARLES ESKRIDGE<br>§ |
| WILLIAM ALBERTO LOPEZ,<br>       Defendant(s). | §<br>§<br>§ |

ORDER OF REFERRAL

Counsel to Defendant William Alberto Lopez has advised that Defendant now intends to plead guilty to all or certain charges brought against him/her by the Government.

This matter is referred to United States Magistrate Judge Peter Bray for this purpose under Rules 10 and 11 of the Federal Rules of Criminal Procedure.

Final acceptance of the plea and imposition of sentence remains with this Court.

SO ORDERED.

Signed on January 10, 2025, at Houston, Texas.

*[signature: CR Eskridge]*

Hon. Charles Eskridge
United States District Judge