United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO. 4:17-CR-00651-006 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WILLIAM ALBERTO LOPEZ, Defendant. | § § § § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The superseding indictment as against Defendant William Alberto Lopez charges him with (i) as to Count One, conspiracy to engage in sex trafficking by means of force, threats, fraud, and coercion, in violation of 18 USC §§1594(c), and (ii) as to Count Four, aiding and abetting sex trafficking by means of force, threats, fraud, and coercion, in violation of 18 USC §§1591(a) & 2. Dkt 862.

Pending is a Report and Recommendation from the United States Magistrate Judge dated January 10, 2025, recommending that this Court accept the Defendant's guilty plea as to both counts and find him guilty as charged. Dkt 888; see also Dkt 887 (plea agreement). No party filed any objections.

The Court FINDS that the record and law support the Report and Recommendation, and so it is adopted.

The Court FINDS that:
- o Defendant is fully competent and capable of entering an informed plea;
- o Defendant is aware of and fully understands the nature of the pending charge and the

   - consequences and potential penalties of a guilty plea;
   o Defendant understands his rights as provided by statute and under the Constitution and wishes to waive those rights;
   o Defendant's guilty plea is freely made and is both knowing and voluntary; and
   o An adequate and independent basis in fact supports the plea and contains each of the essential elements of the offense charged.

As such, Defendant William Alberto Lopez is and has been adjudged GUILTY of the offenses charged by Counts One and Four of the superseding indictment and thus is convicted of conspiracy to engage in sex trafficking by means of force, threats, fraud, and coercion, and aiding and abetting the same, in violation of 18 USC §§1594(c), 1591(a) & 2.

A motion by Defendant to withdraw his guilty plea is pending. Dkt 1165. Such motion was filed approximately eight months after the foregoing guilty plea before the Magistrate Judge, but only after preparation and disclosure by the Probation Office of its final presentence investigation report and sentencing recommendation. See Dkts 1089 & 1093; see also Dkts 1090–92, 1166 & 1168–69 (attachments and addendums to same). That motion will be addressed at hearing after briefing is complete.

SO ORDERED.

Signed on October 2, 2025, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge